MICHAEL FRIDRIKSON, Appellant, v. NINA FRIDRIKSON, Respondent.—

Concur — Capozzoli, J. P., McGivern, McNally and Tilzer, JJ.

GLORIA LITOWSKY, an Infant by Her Guardian ad Litem, SAM LITOWSKY, et al., Respondents, v. BRONX YOUNG MEN'S & YOUNG WOMEN'S HEBREW ASSOCIATION, Defendant-Appellant and Third-Party Plaintiff-Appellant. TRIPLE LAKE RANCH, INC., Third-Party Defendant-Respondent.—

Concur — Stevens, P. J., Eager, Tilzer and Bastow, JJ.; Capozzoli, J., concurs in the result in the following memorandum: I concur in result only because the record fails to show that the injuries sustained by the infant plaintiff were the result of the negligence of the defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO ANDINO, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern, Steuer and Tilzer, JJ.